In the Matter of NEW ENGLAND DREDGE AND DOCK COMPANY v. CITY OF NEW YORK et al.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.